# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MAXUS ENERGY CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 16-11501 (CSS) <br><br> Jointly Administered |
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> OCCIDENTAL CHEMICAL CORPORATION, *et. al.*, <br><br> Defendants. | Adversary Proceeding <br><br> Case No. 16-51025 (CSS) <br><br> **Re: D.I. 27, 28** |

### DECLARATION OF EDWARD SOTO IN SUPPORT OF REPSOL'S MOTION FOR REMAND OF REPSOL CLAIMS AND REPSOL COUNTER-CLAIM TO NEW JERSEY STATE COURT

Edward Soto, of full age, under oath, hereby certifies as follows:

1. I am a partner of the law firm of Weil, Gotshal & Manges LLP and serve as counsel for Repsol, S.A. ("*Repsol*"). I submit this declaration in support of Repsol's Motion for Remand of Repsol Claims and Repsol Counter-claim to New Jersey State Court, filed on July 20, 2016 ("*Motion*"). I have personal knowledge of the facts set forth below.

2. I respectfully submit this declaration to place before the Court copies of various documents referenced in the Motion.[1]

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

3. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Complaint and Demand for Trial by Jury, dated November 22, 2005.

4. Attached hereto as **Exhibit B** is a true and correct copy of Defendant Occidental Chemical Corporation's ("***OCC***") Proposed Cross-Claims Against Repsol YPF ("***Repsol***"), S.A., YPF, S.A. ("***YPF***"), YPF Holdings, Inc. and CLH Holdings, dated May 15, 2008.

5. Attached hereto as **Exhibit C** is a true and correct copy of OCC's Answer and Affirmative Defenses to Plaintiffs' Third Amended Complaint, and Amended Cross-Claims, dated October 18, 2010.

6. Attached hereto as **Exhibit D** is a true and correct copy of OCC's Second Amended Cross-Claims, dated September 26, 2012.

7. Attached hereto as **Exhibits E, F, G, H** are true and correct copies of Maxus's Third Party Complaints, dated February 4, 2009.

8. Attached hereto as **Exhibit I** is a true and correct copy of Plaintiffs' Fourth Amended Complaint and Demand for Trial by Jury, dated September 28, 2012.

9. Attached hereto as **Exhibit J** is a true and correct copy of Court Approved Settlement Agreement, dated December 12, 2013.

10. Attached hereto as **Exhibit K** is a true and correct copy of the Third-Party Consent Judgment, dated December 12, 2013.

11. Attached hereto as **Exhibit L** is a true and correct copy of the OCC Consent Judgment, dated December 16, 2014.

12. Attached hereto as **Exhibit M** is a true and correct copy of Maxus' letter brief in support of their motion to dismiss OCC's Second Amended Cross-Claims, dated November 21, 2014.

13. Attached hereto as **Exhibit N** is a true and correct copy of Repsol's Motion to Dismiss OCC's Second Amended Cross-Claims, dated November 21, 2014.

14. Attached hereto as **Exhibit O** is a true and correct copy of YPF's Motion #1 to Dismiss OCC's Second Amended Cross-Claims Based on Statutes of Limitation and Repose, dated November 21, 2014.

15. Attached hereto as **Exhibit P** is a true and correct copy of YPF's Motion #2 to Dismiss OCC's Second Amended Cross-Claims for Failure to State a Claim, dated November 21, 2014.

16. Attached hereto as **Exhibit Q** is a true and correct copy of the Special Master Recommendation and Opinion, dated January 13, 2015.

17. Attached hereto as **Exhibit R** is a true and correct copy of the Order on motions to dismiss cross-claims, dated January 29, 2015.

18. Attached hereto as **Exhibit S** is a true and correct copy of Repsol's Answer, Defenses and Counterclaims to OCC's Second Amended Cross-Claims, dated February 13, 2015.

19. Attached hereto as **Exhibit T** is a true and correct copy of the Transcript on Oral Arguments on Pending Motions, dated December 10, 2015.

20. Attached hereto as **Exhibit U** is a true and correct copy of the Special Master's Recommendation on Repsol's Motion for Summary Judgment on OCC's Second Amended Cross Claims, dated January 14, 2016.

21. Attached hereto as **Exhibit V** is a true and correct copy of the Order Granting Repsol's Motion for Summary Judgment Dismissing OCC's Second Amended Cross-Claim, dated April 5, 2016.

22. Attached hereto as **Exhibit W** is a true and correct copy of the Order on Motion for Leave to Appeal, dated May 26, 2016.

23. Attached hereto as **Exhibit X** is a true and correct copy of Repsol's Motion for Summary Judgment on its Spill Act Contribution Counterclaim Against OCC, dated May 27, 2016.

24. Attached hereto as **Exhibit Y** is a true and correct copy of the Special Master's Recommendation Granting Repsol's Motion for Summary Judgment on its Spill Act Contribution Counterclaim Against OCC, dated June 14, 2016.

25. Attached hereto as **Exhibit Z** is a true and correct copy of the Transcript of Pretrial Motion, dated June 16, 2016.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 20, 2016

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP
Counsel for Repsol, S.A.

/s/ Edward Soto
EDWARD SOTO